IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SHERRY PRICE,**<br>5551 Hartfield Avenue<br>Suitland, Maryland, 20746<br><br>*Plaintiff,*<br><br>v.<br><br>**NATIONAL RAILROAD PASSENGER CORPORATION,**<br>60 Massachusetts Avenue, NE<br>Washington, DC, 20002<br><br>*Defendant.* | \*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\* | Civil Case No. _____<br>Formerly Case No. CAL-21-06988<br>Circuit Court for Prince George's County, Maryland |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1349, and 1441(a), Defendant National Railroad Passenger Corporation ("Defendant"), by its undersigned counsel, hereby notices the removal of this action to the United States District Court for the District of Maryland. As grounds for this removal, Defendant states as follows:

1.  On or about June 25, 2021, Plaintiff Sherry Price ("Plaintiff") commenced this action against Defendant by filing a Complaint in the Circuit Court for Prince George's County, Maryland. Plaintiff's Complaint was assigned Case No. CAL-21-06988 (hereinafter "the State Court Action").

2.  On or about July 14, 2022, Defendant was served a copy of the Summons and Complaint.

3.  Pursuant to 28 U.S.C. § 1349, "[t]he district courts shall not have jurisdiction of any civil action by or against any corporation upon the ground that it was incorporated by or under

an Act of Congress, **unless** the United States is the owner of more than one-half of its capital stock." (Emphasis added). As Defendant was created by an Act of Congress[1] and a majority of the capital stock of Defendant is owned by the United States,[2] the federal courts have subject matter jurisdiction over any action involving Defendant, assuming the procedural requirements for removal have been followed. *Alliotta v. Nat'l RR Passenger Corp.*, 315 F.3d 756, 758 n.1 (7th Cir. 2003) (Explaining that pursuant to 28 U.S.C. §§ 1331 and 1349, "federal courts have jurisdiction over all cases involving Amtrak, regardless of the cause of action."); *Maryland Transit Admin. V. AMTRAK*, 372 F. Supp. 2d 478, 479 n.2 (D. Md. 2005) (noting that, as Amtrak was organized under the Rail Passenger Act of 1970 and as the United States owns more than half its stock, subject matter jurisdiction was proper under 28 U.S.C. §§ 1331 and 1349); *Estate of Wright v. Illinois Central Railroad*, 831 F. Supp. 574, 574 (S.D. Miss. 1993) (denying motion to remand; noting that Amtrak was created by an Act of Congress and that the United States owns greater than fifty percent of Amtrak's capital stock).

4. Pursuant to 28 U.S.C. § 1441(a), any civil action over which the federal courts have original jurisdiction, but which is brought in state court, may be removed to the district court of the United States that embraces the place where such action is pending. This removal is to the district court of the United States for the district and division that includes Prince George's County, the place where the State Court Action is pending.

---

[1] Amtrak was created by the Rail Passenger Services Act of 1970. *See* 49 U.S.C. §24101 *et seq.*

[2] The United States Government, through its Department of Transportation, owns all of Amtrak's issued and outstanding preferred stock. *See* National Railroad Passenger Corporation and Subsidiaries Consolidated Financial Statements at Note 2.

2

5. This Notice of Removal is being filed within 30 days after Defendant was served with a Summons and Complaint in this action. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6. Defendant is the only defendant in this matter.

7. Pursuant to 28 U.S.C. § 1446(a), a true and legible copy of all process, pleadings, and orders served in the State Court Action as of this date are attached hereto as **Exhibit A**.

8. A Notice of Filing of Notice of Removal, attaching a copy of this Notice of Removal, is being filed on this date with the Clerk of Court of the Circuit Court of Maryland for Prince George's County, and is being served on Plaintiff's counsel as required by 28 U.S.C. § 1446(d). A copy (without attachments) of the Notice of Filing of Notice of Removal filed in the State Court Action is attached hereto as **Exhibit B**.

WHEREFORE, Defendant National Railroad Passenger Corporation respectfully requests that this Notice of Removal be accepted and that the State Court Action be removed to the United States District Court of Maryland.

Dated: August 15, 2022

Respectfully submitted,

KIERNAN TREBACH, LLP

By:  /s/ J. Christopher Nosher
J. Christopher Nosher, Esq. (Bar No. 28825)
Bryant T. Cannon, Esq. (Bar No. 26262)
One Park Place, Suite 425
Annapolis, Maryland, 21401
Telephone:   443–263–2800
Facsimile:    443–263–2935
cnosher@kiernantrebach.com
bcannon@kiernantrebach.com
***Counsel for Defendant***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SHERRY PRICE,**<br>5551 Hartfield Avenue<br>Suitland, Maryland, 20746<br><br>*Plaintiff,*<br><br>v.<br><br>**NATIONAL RAILROAD PASSENGER CORPORATION,**<br>60 Massachusetts Avenue, NE<br>Washington, DC, 20002<br><br>*Defendant.* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Case No. _____<br>Formerly Case No. CAL-21-06988<br>Circuit Court for Prince George's County, Maryland |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of August, 2022, a copy of the foregoing Notice of Removal, which was filed electronically in this case on the 15th day of August, 2022, was mailed, first class, postage prepaid, to:

Gerard P. Uehlinger, Esq.
28 West Allegheny Avenue
Suite 1210
Towson, Maryland, 21204
*Attorney for Plaintiff*

                                             By:     */s/ J. Christopher Nosher*
                                                           J. Christopher Nosher, Esq. (Bar No. 28825)
                                                            Bryant T. Cannon, Esq. (Bar No. 26262)
                                                            KIERNAN TREBACH, LLP
                                                            One Park Place, Suite 425
                                                            Annapolis, Maryland, 21401
                                                            Telephone:    443–263–2800
                                                            Facsimile:      443–263–2935
                                                            cnosher@kiernantrebach.com
                                                            bcannon@kiernantrebach.com
                                                            ***Counsel for Defendant***