

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL21-06988

Other Reference No.(s): ..............................

Child Support Enforcement Number: ..............................

Date issued: June 9, 2022

To: National Railroad Passenger Corporation
Serve: Eleanor D. Acheson
1 Massachusetts Ave., NW
Washington, DC 20001

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

SHERRY PRICE
5551 HARTFIELD AVENUE
SUITLAND MD 20746

This summons is effective for service only if served within 60 days after the date it is issued.

*Mapuson El unien*
Clerk of the Circuit Court #782

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)   Page 1 of 2   EXHIBIT A   CAL21-06988

# SHERIFF'S RETURN

Circuit Court for <u>Prince George's County</u>

To: _____

Sheriff fee: _____ By: _____

Served: _____

Time: _____ Date: _____

Unserved (Reason): _____

With the following:

☐ Summons                             ☐ Counter Complaint
☐ Complaint                           ☐ Domestic Case Information Report
☐ Motions                             ☐ Financial Statement
☐ Petition and Show Cause Order       ☐ Other: _____
                                              (please specify)

Was unable to serve because:

☐ Moved; left no forwarding address   ☐ No such address
☐ Address not in Jurisdiction         ☐ Other: _____
                                              (please specify)

Sheriff Fee: $_____        ☐ Waived by: _____

_____
(Serving Sheriff's Signature & Date)

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

Circuit Court for Prince George's County
City or County

# CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS:**
Plaintiff: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.
Defendant: You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.**

FORM FILED BY: [X] PLAINTIFF  [ ] DEFENDANT   CASE NUMBER _____ (Clerk to insert)

CASE NAME: Sherry Price  vs.  National Railroad Passenger Corporation
                Plaintiff                               Defendant

JURY DEMAND: [X] Yes [ ] No   Anticipated length of trial: ____ hours or  3  days
RELATED CASE PENDING? [ ] Yes [X] No   If yes, Case #(s), if known: _____

Special Requirements?  [ ] Interpreter (Please attach Form CC-DC 41)
                       [ ] ADA accommodation (Please attach Form CC-DC 49)

## NATURE OF ACTION (CHECK ONE BOX) | DAMAGES/RELIEF

**TORTS**
- [ ] Motor Tort
- [ ] Premises Liability
- [ ] Assault & Battery
- [ ] Product Liability
- [ ] Professional Malpractice
- [ ] Wrongful Death
- [ ] Business & Commercial
- [ ] Libel & Slander
- [ ] False Arrest/Imprisonment
- [ ] Nuisance
- [ ] Toxic Torts
- [ ] Fraud
- [ ] Malicious Prosecution
- [ ] Lead Paint
- [ ] Asbestos
- [X] Other   Common Carrier Negligence

**LABOR**
- [ ] Workers' Comp.
- [ ] Wrongful Discharge
- [ ] EEO
- [ ] Other ____

**CONTRACTS**
- [ ] Insurance
- [ ] Confessed Judgment
- [ ] Other ____

**REAL PROPERTY**
- [ ] Judicial Sale
- [ ] Condemnation
- [ ] Landlord Tenant
- [ ] Other ____

**OTHER**
- [ ] Civil Rights
- [ ] Environmental
- [ ] ADA
- [ ] Other ____

**A. TORTS**
Actual Damages
- [ ] Under $7,500
- [ ] $7,500 - $50,000
- [X] $50,000 - $100,000
- [ ] Over $100,000

- [ ] Medical Bills  $ ____
- [ ] Property Damages  $ ____
- [ ] Wage Loss  $ ____

**B. CONTRACTS**
- [ ] Under $10,000
- [ ] $10,000 - $20,000
- [ ] Over $20,0000

**C. NONMONETARY**
- [ ] Declaratory Judgment
- [ ] Injunction
- [ ] Other ____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
- A. Mediation [X] Yes [ ] No
- B. Arbitration [ ] Yes [X] No
- C. Settlement Conference [X] Yes [ ] No
- D. Neutral Evaluation [X] Yes [ ] No

## TRACK REQUEST
With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. THIS CASE WILL THEN BE TRACKED ACCORDINGLY.
- [ ] 1/2 day of trial or less
- [ ] 1 day of trial time
- [ ] 2 days of trial time
- [X] 3 days of trial time
- [ ] More than 3 days of trial time

PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR), AS WELL AS ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY.

Date _____   Signature _____

CC/DCM 002 (Rev. 2/2010)   Page 1 of 3

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.

☐ **Expedited**
Trial within 7 months of Filing

☐ **Standard**
Trial within 18 months of Filing

☐ EMERGENCY RELIEF REQUESTED _____
                                              Signature                                    Date

## COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR)

FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO AN ASTAR RESOURCE JUDGE under Md. Rule 16-202. Please check the applicable box below and attach a duplicate copy of your complaint.

☐ Expedited - Trial within 7 months of Filing        ☐ Standard - Trial within 18 months of Filing

IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY PLEASE FILL OUT THE APPROPRIATE BOX BELOW.

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

☐ Expedited           Trial 60 to 120 days from notice. Non-jury matters.
☐ Standard-Short      Trial 210 days.
☐ Standard            Trial 360 days.
☐ Lead Paint          Fill in: Birth Date of youngest plaintiff _____
☐ Asbestos            Events and deadlines set by individual judge.
☐ Protracted Cases    Complex cases designated by the Administrative Judge.

### CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

To assist the Court in determining the appropriate Track for this case, check one of the boxes below. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.

☐ Liability is not conceded, but is not seriously in dispute.

☒ Liability is seriously in dispute.

| | CIRCUIT COURT FOR BALTIMORE COUNTY |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

## IN THE CIRCUIT COURT FOR PRINCE GEORGES COUNTY

SHERRY PRICE  
5551 Hartfield Avenue  
Suitland, MD 20746  

    Plaintiff  

v.  

NATIONAL RAILROAD PASSENGER  
  CORPORATION  
60 Massachusetts Avenue, NE  
Washington, DC 20002  

**SERVE ON:**  

    WILLIAM J. FLYNN, President  
    60 Massachusetts Avenue, NE  
    Washington, DC 20002  

    Defendant  

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### COMPLAINT AND ELECTION OF JURY TRIAL

Sherry Price, Plaintiff, by her attorney Gerard P. Uehlinger, files suit against National Railroad Passenger Corporation ("Amtrak"), and as grounds therefore says:

1. Plaintiff is a citizen and resident of the State of Maryland.

2. Amtrak is a federally charted corporation operating rail transportation in the United States.

3. On or about October 12, 2020, at approximately 5:05 p.m., Plaintiff was on a train platform owned and operated by Amtrak. She was traveling from New Carrollton, MD to Wilmington, DE.

4. When train #138 stopped to load passengers, the separation between the platform and the train entrance was unsafe, violating safety standards of the industry.

5. As a result of the separation between station platform and train entrance, Plaintiff fell, and caused her serious personal injuries to her left thigh and leg, back, and was otherwise injured and damaged.

## Count One
### (Negligence)

Plaintiff incorporates Paragraphs 1 through 5 as though fully set forth herein.

6. Defendant Amtrak failed to keep its passengers safe. Amtrak breached the standard of care by permitting the train entrance to be unsafe due to excess separation between the train and the station platform.

7. As a result, Plaintiff was caused to fall and suffered injuries and damages as aforesaid.

WHEREFORE, Plaintiff claims Seventy Thousand Dollars ($70,000.00) compensatory damages against Amtrak, plus costs, interest, attorney fees and such other relief as justice may require.

## Count Two
### (Strict Liability)

Plaintiff incorporates Paragraphs 1 through 7 as though fully set forth herein.

8. By permitting the distance between the station platform and the train entrance to be too great and thus unsafe, Amtrak created an unsafe dangerous condition over which Plaintiff had no control.

9. Amtrak is therefore strictly liable for the injuries and damages sustained by Plaintiff, as stated above.

WHEREFORE, Plaintiff claims Seventy Thousand Dollars ($70,000.00) compensatory damages against Amtrak, plus costs, interest, attorney fees and such other relief as justice may require.

*/s/ Gerard P. Uehlinger*
Gerard P. Uehlinger
28 West Allegheny Avenue
Suite 1210
Towson, MD 21204
410-821-0025
Uehlinger.law@verizon.net
CPF#: 7512010329
Attorney for Plaintiff

## ELECTION OF JURY TRIAL

Plaintiff elects to have this matter tried before a jury.

*/s/ Gerard P. Uehlinger*
Gerard P. Uehlinger

3